■ In the Matter of SHAUNDRA D., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 6.) [955 NYS2d 782]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.